| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | COPY SUMMONS<br>- CIVIL - | Case Number:<br>02-CV-2015-902301.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MOBILE COUNTY

UNIVERSITY OF SOUTH ALABAMA, D/B/A USA HOSPITALS V. KATIE RENEE KEISA

NOTICE TO AETNA INSURANCE COMAPANY, C/O CT CORPORATION SYSTEM 2 NORTH JACKSON STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY PAUL DAVID BROWN ESQ.

WHOSE ADDRESS IS P.O. BOX 40456, MOBILE, AL 36640

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure

Date 9/14/2015 2:31:16 PM    /s/ JOJO SCHWARZAUER    JoJo Schwarzauer, Circuit Clerk
Clerk/Register    MOBILE COUNTY-CIVIL DIVISION
205 GOVERNMENT STREET    Mobile Government Plaza, Room C936
MOBILE, AL 36644    205 Government Street
Mobile, Alabama 36644-2936

☐ Certified Mail is hereby requested    _____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date)

_____    _____    _____
Date    Server's Signature    Address of Server

_____    _____    _____
Type of Server    Server's Printed Name    Phone Number of Server

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number:<br>02-CV-201<br>Date of Filing:<br>09/14/2015 | ELECTRONICALLY FILED<br>9/14/2015 2:30 PM<br>02-CV-2015-902301.00<br>CIRCUIT COURT OF<br>MOBILE COUNTY, ALABAMA<br>JOJO SCHWARZAUER, CLERK |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT OF MOBILE COUNTY, ALABAMA
### UNIVERSITY OF SOUTH ALABAMA, D/B/A USA HOSPITALS v. KATIE RENEE KEISACKER FKA GREEN ET

**First Plaintiff:** ☐ Business  ☐ Individual  ☑ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

## NATURE OF SUIT:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☑ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT _____

**HAS JURY TRIAL BEEN DEMANDED?** ☐ Yes  ☑ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** BRO065   9/14/2015 2:30:38 PM   /s/ PAUL DAVID BROWN ESQ.

**MEDIATION REQUESTED:** ☐ Yes  ☑ No  ☐ Undecided



## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

UNIVERSITY OF SOUTH ALABAMA,     *
d/b/a UNIVERSITY OF SOUTH     *
ALABAMA HOSPITALS,     *
a corporate body politic,     *
    *
Plaintiff,     *
    *    CASE NO.: CV-2015-_____
v.     *
    *
KATIE RENEE KEISACKER,     *
f/k/a KATIE RENEE GREEN,     *
and AETNA INSURANCE,     *
    *
Defendants.     *

## COMPLAINT

### GENERAL AVERMENTS

1. On January 13, 2014, Katie Renee Keisacker, f/k/a Katie Renee Green, was involved in a motor vehicle accident.

2. On January 13, 2014, , Katie Renee Keisacker, f/k/a Katie Renee Green, was admitted to the University of South Alabama Hospitals and received necessary medical treatment until her discharge on January 14, 2013.

3. The account number for the services rendered to Katie Renee Keisacker, f/k/a Katie Renee Green from January 13, 2014, to January 14, 2014, is **809287170**.

4. On March 5, 2014, Katie Renee Keisacker, f/k/a Katie Renee Green, called USA Hospital to provide information that medical insurance was available with AETNA Insurance through the membership of her father, Timothy Green, with a plan sponsored by ARKEMA.

5. On or about March 7, 2014, representative of USA Hospitals verified with AETNA Insurance that coverage was active for Katie Renee Keisacker, f/k/a Katie Renee Green.

6. On March 10, 2014, a clean electronic claim was submitted to AETNA Life Insurance.

7. On May 2, 2014, USA Hospitals received a letter from AETNA Insurance dated April 24, 2014, stating that the patient could not be identified. A hospital representative called AETNA and the AETNA file was updated with the married name of Katie Renee Keisacker. Once this information was received, the AETNA representative confirmed that the claim was pending information about whether med-pay was available from any auto insurance.

8. On May 28, 2014, a representative of USA Hospitals confirmed with Katie Renee Keisacker, f/k/a Katie Renee Green, that there was no med-pay available under her auto insurance.

9. On May 29, 2014, a fax was sent to AETNA claims with a confirmation letter from Safeway Insurance Company of Alabama that there was no medical payments benefits available on Ms. Keisacker's policy with Safeway Insurance Company of Alabama.

10. On August 8, 2014, a hospital representative called AETNA Insurance and spoke to "Bob" who informed USA Hospitals that the charges were denied for "medical records" and that a hard copy of the medical records should be resent to:

> AETNA
> P.O. Box 147079
> Lexington, Kentucky 40512

11. On August 8, 2014 the medical records were mailed certified mail to the address provided by AETNA, and on August 15 the Certified Mail Receipt was received.

12. On August 28, 2015, a USA Hospitals representative checked with AETNA

on-line, and the claim was "in process".

13.   On September 23, 2015 a USA Hospital representative called AETNA Insurance and was informed that the medical records had not been received.

14.   On March 27, 2015 a hospital representative called AETNA Insurance and spoke with "Naomi" who requested that another copy of the medical records be resent to AETNA Insurance, addressed as follows:

> AETNA Insurance
> P.O. Box 14079
> Lexington, Kentucky 40512-4079
> **Attention: Claims**

15.   On March 27, 2015 the medical records were resent Certified Mail and on April 6, 2015, the records were received by AETNA Insurance.

16.   On April 27, 2015, a hospital representative called AETNA Insurance to verify that the claim was being processed and the hospital representative was told that records had not been received.

17.   On May 21, 2015, the undersigned sent certified letters to AETNA Claims in El Paso, Texas and Lexington, Kentucky, requesting AETNA's immediate payment pursuant to §27-1-17, Code of Alabama (2015).

18.   On June 18, 2015, Francine E. Williams, Senior Customer Service Representative with AETNA Insurance, wrote to the undersigned and requested that the medical records be sent again via facsimile to her attention. The requested records were resent via facsimile.

19.   On July 7, 2015, the undersigned received confirmation from Francine E. Williams that AETNA had received the medical records.

20.   On July 10, 2015, the claim was denied.

21. On August 3, 2015, Gary Williams, AETNA Senior Health Concierge, wrote the undersigned and stated that the "appeal case is still open" with a "due date" of September 11, 2015.

22. No "appeal case" response was received by USA Hospitals by September 11, 2015.

23. There have been no complaints as to the quality of the emergency medical care provided by USA Hospitals to Katie Renee Keisacker, f/k/a Katie Renee Green.

## PARTIES

24. The University of South Alabama Hospitals is a subdivision of the University of South Alabama and is not a separate corporate legal entity. See, Sarradett v. University of South Alabama Medical Center University of South Alabama Medical Center, 484 So.2d 426 (Ala. 1986). The University of South Alabama is a public body corporate created for charitable and educational purposes pursuant to §16-55-1, *et seq.*, Code of Alabama (1975). The University of South Alabama Medical Center is an instrumentality of the State of Alabama and not a "citizen" of the State for purposes of diversity jurisdiction and is not subject to removal on diversity grounds. University of South Alabama v. The American Tobacco Company, 168 F.3d 405 (11th Cir. 1999).

25. At the time the services were rendered in this matter, Katie Renee Keisacker, f/k/a Katie Renee Green, was a resident of Mobile, Alabama, and the services were rendered in Mobile County, Alabama.

26. AETNA Insurance company is an insurance company licensed to do business in the State of Alabama.

## COUNT ONE

27. Defendant, Katie Renee Keisacker, f/k/a Katie Renee Green, owes the Plaintiff TEN THOUSAND TWO HUNDRED NINETY-NINE DOLLARS and 89/100 DOLLARS ($10,299.89) on account 809287170 for services rendered to Katie Renee Keisacker, f/k/a Katie Renee Green.

WHEREFORE, the Plaintiff demands judgment against the Defendant, to Katie Renee Keisacker, f/k/a Katie Renee Green, for the principal amount of TEN THOUSAND TWO HUNDRED NINETY-NINE DOLLARS and 89/100 DOLLARS ($10,299.89), interest at six percent (6%) per annum from January 13, 2014, and Court costs. Itemized verified statement of account is attached hereto.

## COUNT TWO

28. USA Hospitals is a medical care provider located in Mobile, Alabama.

29. AETNA issued a health insurance policy to subscriber Timothy Green pursuant to a plan sponsored by ARKEMA, Inc. On January 13, 2014 through January 14, 2014, Katie R. Keisacker, f/k/a Katie Renee Green, was a covered member of this medical insurance plan.

30. Plaintiff provided emergency medical services between the dates of January 13, 2014 to January 14, 2014, to the Defendant, Katie Renee Keisacker, f/k/a Katie Renee Green, and the value of those services provided is TEN THOUSAND TWO HUNDRED NINETY-NINE DOLLARS and 89/100 DOLLARS ($10,299.89).

31. A claim for payment for services rendered by Plaintiff to Katie Renee Keisacker, f/k/a Katie Renee Green, has been supplied repeatedly to AETNA, but the invoice for medical services provided is still due and owing.

32. Pursuant to 27-1-17, Code of Alabama (2015), a clean electronic claim was submitted less than 180 days after the services were rendered to the covered member.

33. Pursuant to §27-1-17, Code of Alabama (2015), AETNA was required to pay within thirty (30) calendar days from March 10, 2014.

34. A Demand for payment has been made on AETNA Insurance pursuant §27-1-17, Code of Alabama (2015) to for the emergency medical care provided to Katie Renee Keisacker, f/k/a Katie Renee Green, and AETNA is in violation the aforesaid statute.

WHEREFORE, Plaintiff demands Judgment pursuant to §27-1-17 Code of Alabama (2015), against AETNA for the principal sum of TEN THOUSAND TWO HUNDRED NINETY-NINE DOLLARS and 89/100 DOLLARS ($10,299.89), and interest pursuant to the statute at 1.5% since August 15, 2014, a reasonable attorney's fee and cost of Court.

/s/ Paul D. Brown
PAUL D. BROWN  BRO065
ATTORNEY FOR USA HOSPITALS
POST OFFICE BOX 40456
MOBILE, ALABAMA 36640-0456
(251) 438-4691

**PLEASE SERVE DEFENDANTS PERSONALLY AS FOLLOWS:**

KATIE RENEE KEISACKER
f/k/a KATIE RENEE GREEN
9267 VALLARIS STREET, SOUTH
MOBILE, ALABAMA 36608-8225

AETNA INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, ALABAMA 36104

## STATEMENT OF ACCOUNT

Creditor:    USA Hospitals

Debtor:     Keisacker, Katie Renee
            6427 Airport Blvd. Apt# 70
            Mobile, AL 36608

                        Balance:      $10,299.89

Reference:   Keisacker, Katie Renee

Services Rendered on Account No.:   809287170

Date of Last Charge:  1/14/2014    Date of Last Payment: 9/17/2014

## SWORN STATEMENT OF CLAIM

State of Alabama

County of Mobile

  I hereby certify that the above account is just and correct and that all proper credits have been given and the balance as indicated is due and payable. This claim does not violate the provisions of the Mini-Code T5-19-1 ET SEQ.

x _[signature]_

Sworn and subscribed to before me this

14th day of May, 2015

_[signature]_
Notary Public

My commission expires _My Commission Expires 09/18/2018_