IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTH ALABAMA,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION 15-00531-KD-B |
| | : |
| KATIE RENEE KEISACKER,<br>    Defendant. | :<br>: |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 27, 2015, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's motion to remand (Doc. 2) is **GRANTED** and this action is hereby **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE** and **ORDERED** this the **13**th day of **November 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**